**Flaster/Greenberg P.C.**
Jeffrey A. Cohen (JC7673)
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Phone: (856) 382-2240
Fax:    (856) 661-1919
jeff.cohen@flastergreenberg.com
*Attorneys for plaintiff*
*J & J Snack Foods Sales Corp.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J & J SNACK FOODS SALES CORP., <br><br> Plaintiff, <br><br> v. <br><br> DOGSTERS, LLC, <br><br> Defendant. | Civil Action No.: |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff J & J Snack Foods Sales Corp. states that it is

a nongovernmental corporate party.  J & J Snack Foods Sales Corp. is a wholly-owned

subsidiary of J & J Snack Foods Corp., which is a publicly traded corporation.

                                        **FLASTER/GREENBERG P.C.**

Dated:  May 15, 2007                    By:  _____
                                             Jeffrey A. Cohen (JC7673)
                                             1810 Chapel Avenue West
                                             Cherry Hill, NJ 08002
                                             Phone: (856) 382-2240
                                             Fax:    (856) 661-1919
                                             jeff.cohen@flastergreenberg.com
                                             *Attorneys for plaintiff*
                                             *J & J Snack Foods Sales Corp.*