BRYAN CAVE LLP
Herbert Teitelbaum
Noah Weissman
1290 Avenue of the Americas
New York, NY  10104
*Attorneys for Dogsters, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J&J SNACK FOODS SALES CORP.

                Plaintiff,         INDEX NO. 07-CV-03917 (AKH)

- against -

DOGSTERS, LLC,

                Defendant.

Defendant DOGSTERS, LLC ("Defendant"), by and through its attorneys, Bryan Cave LLP, hereby certifies pursuant to Fed. R. Civ. P. 7.1, that there are no entities required to be identified in response to this Rule.

Dated: June 4, 2007

                BRYAN CAVE LLP

                By: /s/Noah Weissman
                Noah Weissman (NW 8592)
                Herbert Teitelbaum (HT 7762)
                Martha Lieberman (ML 2418)
                1290 Avenue of the Americas
                New York, New York  10102

                *Attorneys for Dogsters, LLC*