AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

PLAINTIFF
   J & J SNACK FOODS SALES CORP.,

V. DEFENDANT AND THIRD PARTY PLAINTIFF

   DOGSTERS, LLC,

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 1:07-CV-03917-AKH

V. THIRD PARTY DEFENDANT
   INTEGRATED BRANDS, INC.,

To: Name and address of Third Party Defendant
   INTEGRATED BRANDS, INC.
   4175 Veterans Highway
   Ronkonkoma, New York 11779

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Flaster Greenberg P.C.
Jeffrey A. Cohen
1810 Chapel Avenue West
Cherry Hill, NJ 08002

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

Bryan Cave LLP
Herbert Teitelbaum
Noah M. Weissman
Martha Lieberman
1290 Avenue of the Americas
New York, New York 10104

an answer to the third-party complaint which is served on you with this summons, within ____20____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(By) DEPUTY CLERK

DATE   JUN 0 4 2007

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN COUNTY

|  |  |
|---|---|
| J & J Snack Foods Sales Corp. | Plaintiff |
|  | Index # 07-CIV-03917-AK |
| against | Purchased/Filed: June 4, 2007 |
| Dogsters, LLC | Defendant |

|  |  |
|---|---|
| Dogsters, LLC | 3rd Party Plaintiff |
|  | Index # |
| against | Purchased/Filed: |
| Integrated Brands Inc. | 3rd Party Defendant |

STATE OF NEW YORK
COUNTY OF ALBANY      SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 7, 2007_____, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Third Party Summons in a Civil Action and Third-Party Complaint with Exhibits Bearing the above Index # and Filing Date on _____Integrated Brands Inc._____, the Defendant in this action, by delivering to and leaving with _____Carol Vogt_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __46__   Approx. Wt: __110 lbs.__   Approx. Ht: __5' 1"__

Color of skin: __White__   Hair color: __Brown__   Sex: __Female__   Other: __glasses__

Sworn to before me on this

__11th__ day of _____June 2007_____

*Deborah A Bottisti (signature)*
DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

*Jessica Miller (signature)*
Jessica Miller

Invoice•Work Order # 0612207