Ellenoff Grossman & Schole LLP
370 Lexington Avenue, 19th Floor
New York, New York 10017
(212) 370-1300
*Attorneys for Third-Defendant Integrated Brands, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J&J SNACK FOODS SALES CORP.,

      Plaintiff,

  - against -

DOGSTERS, LLC,

      Defendant.
-----------------------------------------------------------------X
DOGSTERS, LLC,

      Third-Party Plaintiff,

  - against-

INTEGRATED BRANDS, INC.,

      Third-Party Defendant.
-----------------------------------------------------------------X

07-CV-03917 (AKH)

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for Third-Party Defendant Integrated Brands, Inc. I certify that I am admitted to practice in this court.

Dated: New York, New York
   July 18, 2007

          ELLENOFF GROSSMAN & SCHOLE LLP
         *Attorneys for Third-Party Defendant Integrated Brands, Inc.*
         By: /s/_____
           Nancy J. Kim (NK 4569)
         370 Lexington Avenue
         New York, New York 10017
         (212) 370-1300 (phone)
         (212) 370-0804 (facsimile)