UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

J&J SNACK FOODS SALES CORP.,                    Case No. 07-CV-03917
                                                (AKH)
                    Plaintiff,

          - against -                           **STIPULATION**

DOGSTERS, LLC,

                    Defendant.
-----------------------------------------------------------------------x

DOGSTERS, LLC,

          Third-Party Plaintiff,

          - against -

INTEGRATED BRANDS, INC.,

          Third-Party Defendant
-----------------------------------------------------------------------x

     **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

counsel of record for third-party plaintiff Dogsters, LLC and third-party defendant Integrated

Brands, Inc. ("Integrated Brands"), as follows:

     1)     That Integrated Brands waives defenses based upon lack of personal jurisdiction

and/or defects in service of process; and

     2)     That the time to answer the third-party complaint and/or otherwise move by

Integrated Brands is hereby extended to and including September 6, 2007.

     A facsimile or electronic copy of this stipulation shall be deemed an original for filing

purposes.

Dated: New York, New York
          August 9, 2007

ELLENOFF GROSSMAN & SCHOLE LLP          BRYAN CAVE LLP
Attorneys for third-party defendant          Attorneys for third party plaintiff
Integrated Brands, Inc.          Dogsters, LLC

By: _____          By: _____
    Nancy J. Kim (NK 4569)              Noah Weissman (NW8592)
370 Lexington Avenue          1290 Avenue of the Americas
New York, New York 10017          New York, New York 10104
(212) 370-1300          (212) 541-2028

SO ORDERED: _____
            U.S.D.J.
            8/10/07

2