Donald G. Davis (DGD 3282)
Nancy J. Kim (NJK 4569)
ELLENOFF GROSSMAN & SCHOLE LLP
370 Lexington Avenue, 19th Floor
New York, New York 10017
(212) 370-1300
*Attorneys for Third-Party Defendant Integrated Brands, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
J&J SNACK FOODS SALES CORP.,

                Plaintiff,

       - against -

DOGSTERS, LLC,

                Defendant.
-------------------------------------------------------------------X
DOGSTERS, LLC,

                Third-Party Plaintiff,

       - against-

INTEGRATED BRANDS, INC.,

                Third-Party Defendant.
-------------------------------------------------------------------X

07-CV-03917 (AKH)

**AFFIDAVIT OF DONALD G. DAVIS, ESQ. IN SUPPORT OF INTEGRATED BRANDS, INC'S MOTION TO DISMISS THE THIRD-PARTY <u>COMPLAINT</u>**

STATE OF NEW YORK    )
                               ) ss.
COUNTY OF NEW YORK  )

      DONALD G. DAVIS, being duly sworn, deposes and says:

      1.     I am a member of Ellenoff Grossman & Schole LLP, attorneys for the third-party defendant Integrated Brands, Inc. ("Integrated Brands"). As such, I have personal knowledge of the facts and circumstances set forth herein.

2. I respectfully submit this affidavit to place before the Court certain documents relevant to Integrated Brands' instant Motion to Dismiss the Third-Party Complaint.

3. Annexed hereto as Exhibit "A" is a true and correct copy of the Third-Party Complaint of Defendant/Third-Party Plaintiff Dogsters, LLC ("Dogsters").

4. Annexed hereto as Exhibit "A-1" is a true and correct copy of a license agreement, dated April 20, 2004, entered into between Dogsters and Integrated Brands. Exhibit A-1 is also an exhibit to the Third-Party Complaint.

5. Annexed hereto as Exhibit "A-2" is true and correct copy of a letter, dated April 2, 2007, from Flaster Greenberg, attorneys for plaintiff J&J Snack Foods Corp. ("J&J"), to Dogsters. Exhibit A-2 is also an exhibit to the Third-Party Complaint.

6. Annexed hereto as Exhibit "B" is the underlying Complaint filed by J&J against Dogsters.

7. Annexed hereto as Exhibit "B-2" is a letter, dated March 29, 2007, from Jack Hassid, Esq., an attorney for Dogsters, to CoolBrands International, Inc., the parent company of Integrated Brands. Exhibit B-2 is also an exhibit to the Complaint.

8. Annexed hereto as Exhibit "C" is the Answer and Counterclaims of Dogsters.

9. Annexed hereto as Exhibit "D" is a letter, dated March 30, 2007 from Mr. John LeSauvage, the Vice-President of Operations at Integrated Brands to Mr. Greg DeLuca, a principal of Dogsters.

10. Annexed hereto as Exhibit "E" is the Asset Purchase Agreement, dated March 30, 2007, entered into between J&J and Integrated Brands.

_____
DONALD G. DAVIS

Sworn to before me this
6th day of September, 2007

_____
Notary Public

ANTHONY GALANO III
Notary Public, State of New York
No. 02GA6002821
Qualified in New York County
Commission Expires Feb. 17, 2010