# BRYAN CAVE

Noah M. Weissman
Direct: 212-541-2028
Fax: 212-541-1428

OCT 29 2007

October 26, 2007

**VIA FACSIMILE AND U.S. MAIL**

The Honorable Alvin K. Hellerstein
U.S. District Court, Southern District
of New York
500 Pearl Street, Room 1050
New York, New York 10007

USDC SDNY
DOC...
...
... 10/29/07

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Shanghai
St. Louis
Washington, DC

And Bryan Cave,
A Multinational Partnership,

London

**Re:** J&J Snack Foods Sales Corp., v. Dogsters, LLC v. Integrated Brands, Inc.
Index No. 07-CV-03917

Dear Judge Hellerstein:

With the consensus of all counsel I am writing to request that the conference currently scheduled before you for November 2, 2007, be adjourned to a date in December. We request this adjournment as counsel for all parties have agreed to go forward with mediation with Charles G. Moerdler, and are in the process of confirming November 27, 2007 as the date for this mediation. If the Court grants this request, I would appreciate it if you would advise me so that I may inform counsel of the new date.

Very truly yours,

*[signature]*

Noah M. Weissman

cc: Donald G. Davis
Jeffrey A. Cohen

*[handwritten note:]* The conf. is canceled. Mediation shall begin and proceed promptly, at the convenience of the mediator. The parties shall report to the court at the conclusion of the mediation.
10-29-07
*[signed]* A. Hellerstein