

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J&J SNACK FOODS SALES CORP.

                    Plaintiff,

      - against -

DOGSTERS, LLC,

                    Defendant.

---

DOGSTERS, LLC

                    Plaintiff,

      - against -

INTEGRATED BRANDS, INC.,

                    Defendant.

---

**INDEX NO. 07-CV-03917 (AKH)**

**STIPULATION OF DISCONTINUANCE**

      IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that the above entitled action is dismissed with prejudice, without costs or attorneys' fees to either party against the other.

C60650-163706/983048v1

Dated:    New York, New York

January 18, 2008

| BRYAN CAVE LLP | FLASTER GREENBERG |
|---|---|
| By: *[signature]* <br> Noah Weissman (NW 8592) <br> 1290 Avenue of the Americas <br> New York, New York 10104 <br> 212-541-200 <br> nmweissman@bryancave.com <br> *Attorneys for Dogsters LLC* | By: *[signature]* <br> Jeffery A. Cohen (JC7673) <br> 1810 Chapel Avenue West <br> Cherry Hill, NJ 08002-4606 <br> 856-382-2240 <br> Jeff.cohen@flastergreenberg.com <br> *Attorneys for J&J Snackfoods Sales Corp.* |

ELLENOFF GROSSMAN &SCHOLE, LLP

By: *[signature]*
Donald G. Davis (DD3282)
370 Lexington Avenue
New York, NY 10017
212-370-1300
ddavis@egsllp.com
*Attorneys for Integrated Brands, Inc.*

SO ORDERED:  1/28/08
*[signature]*
The Honorable Alvin K. Hellerstein

2